PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:     510/832-5001
Facsimile:      510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiffs
ARHTUR RENOWITZKY and DEWAYNE JACKSON

Daniel W. Ballesteros (SBN 142003)
dan.ballesteros@hogefenton.com
Sara M. Shapero (SBN 315116)
sara.shapero@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
55 South Market Street, Suite 900
San Jose, California 95113-2324
Phone: 408.287.9501
Fax: 408.287.2583

Attorneys for Defendants
TS GURL, INC.; TS GURL INVESTMENT, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR RENOWITZKY; DEWAYNE JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>TS GURL, INC.; TS GURL INVESTMENTS, LLC<br><br>Defendants. | CASE NO. 4:21-cv-06619-JSW<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  August 26, 2021 |

## **STIPULATION**

Plaintiffs ARTHUR RENOWITZKY and DEWAYNE JACKSON ("Plaintiffs") and Defendants TS GURL, INC.; TS GURL INVESTMENTS, LLC, ("Defendants") – Plaintiff and Defendants together the "Parties" – hereby stipulate and request, pursuant to FRCP Rule 41(a), that the Court order that all of Plaintiff's claims in this action against Defendant be dismissed with

prejudice.

**IT IS SO STIPULATED.**

DATED: November 29, 2022                REIN & CLEFTON

                                        /s/ Aaron Clefton
                                        AARON CLEFTON, Esq.
                                        Attorneys for Plaintiffs
                                        ARTHUR RENOWITZKY; DEWAYNE JACKSON

DATED: November 29, 2022                HOGE, FENTON, JONES & APPEL, INC

                                        /s/ Daniel Ballesteros
                                        By: DANIEL BALLESTEROS, ESQ.
                                        Attorneys for Defendants
                                        TS GURL, INC.; TS GURL INVESTMENTS, LLC

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on November 29, 2022, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Daniel Ballesteros, Esq. in the filing of this document.

                                        /s/ Aaron Clefton
                                        Aaron Clefton

- 3 -

# [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. This matter is dismissed with prejudice.

Dated: _____, 2022

_____
Honorable Jeffrey S. White
U.S. District Court Judge